

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2013

No. 04-11-00807-CV

Gerardo Perez **NIETO**,
Appellant

v.

Veronica Flores De Perez **NIETO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-15813
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

Sitting:    Karen Angelini, Justice
    Sandee Bryan Marion, Justice
    Patricia O. Alvarez, Justice

The Appellant's Motion to Extend Time to File Motion for Rehearing and En Banc Reconsideration is GRANTED. The rehearing is due on June 17, 2013.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of May, 2013.

_____
Keith E. Hottle
Clerk of Court